UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROMERO HEAD, as the court-appointed Personal Representative of the Estate of ROMEO A. HEAD,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>DISTTECH, INC., an Ohio Corporation, and DISTTECH, LLC, a Delaware Limited Liability Corporation, JACQUES A. WRIGHT and JANE DOE WRIGHT,<br><br>　　　　　　Defendants. | NO. 16-cv-01727 RSM<br><br>**ORDER TO DISMISS DEFENDANT DISTTECH, INC AND DEFENDANTS' FIFTH & SEVENTH AFFIRMATIVE DEFENSES** |

**I.　ORDER**

Pursuant to stipulation of the parties Defendant DistTech, Inc. is dismissed without prejudice and removed from the caption for this matter per Exhibit A - the amended caption. Defendants' Fifth and Seventh Affirmative Defenses are dismissed without prejudice.

DATED this 1st day of March 2017.

_[signature]_

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

---

Order to Dismiss Defendant Disttech, Inc
and Defendants' Fifth & Seventh Affirmative Defenses - 1

Fried Rogers Goldberg, LLC
3560 Lenox Road NE, Ste 1250
Atlanta, GA 30326
404-591-1818
Fax: 404-574-62476

Coluccio Law
2025 First Avenue, Ste 1130
Seattle, WA 98121
206-826-8200
Fax: 206-673-8286

Presented by:

*s/ Kevin Coluccio*
Kevin Coluccio, WSBA# 16245
COLUCCIO LAW
2025 First Avenue, Suite 1130
Seattle, WA 98121
(206) 826-8200 – Telephone
(206) 673-8286 – Fax
kc@coluccio-law.com
*Co-Counsel for Plaintiff*

*s/ Kevin Coluccio for:*
Joseph A. Fried, Pro Hac, GABAR# 277251
R. Sean McEvoy, Pro Hac Vice, GABAR# 490918
FRIED ROGERS GOLDBERG, LLC
3560 Lenox Road, N.E., Suite 1250
Atlanta, GA  30326
(404) 591-1818 – Telephone
(404) 574-6247– Fax
joe@frg-law.com
sean@frg-law.com
*Co-Counsel for Plaintiff*

*s/ Jeff E. Sbaih*
Jeff M. Sbaih, WSBA# 31260
Dylan E. Jackson, WSBA# 29220
Wilson Smith Cochran Dickerson
901 5th Avenue, Suite 1700
Seattle, WA 98164
206-623-4100 – Telephone
206-623-9273– Fax
jackson@wscd.com
sbaih@wscd.com
*Attorneys for Defendants*

Order to Dismiss Defendant Disttech, Inc
and Defendants' Fifth & Seventh Affirmative Defenses - 2

Fried Rogers Goldberg, LLC
3560 Lenox Road NE, Ste 1250
Atlanta, GA 30326
404-591-1818
Fax: 404-574-62476

Coluccio Law
2025 First Avenue, Ste 1130
Seattle, WA 98121
206-826-8200
Fax: 206-673-8286