UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROMERO HEAD, as the court-appointed Personal Representative of the Estate of ROMEO A. HEAD,<br><br>Plaintiff,<br><br>v.<br><br>DISTTECH, INC., an Ohio Corporation, and DISTTECH, LLC, a Delaware Limited Liability Corporation, JACQUES A. WRIGHT and JANE DOE WRIGHT,<br><br>Defendants. | NO. 16-cv-01727 RSM<br><br>**ORDER TO EXTEND THE DATE FOR DISCLOSURE OF LIABILITY EXPERT TESTIMONY** |

## I. ORDER

It is so ordered. The date in which the parties shall disclose liability expert testimony only under FRCP 26(a)(2) shall be extended from September 27, 2017 to October 27, 2017. All other dates previously ordered by the court, including disclosure of non-liability expert testimony shall remain in effect.

DATED this 19 day of September, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER TO EXTEND THE DATE FOR DISCLOSURE OF LIABILITY EXPERT TESTIMONY - 1

Presented by:

*s/ Kevin Coluccio*
Kevin Coluccio, WSBA# 16245
COLUCCIO LAW
2025 First Avenue, Suite 1130
Seattle, WA 98121
(206) 826-8200 – Telephone
(206) 673-8286 – Fax
kc@coluccio-law.com
*Co-Counsel for Plaintiff*

*s/ Kevin Coluccio for:*
Joseph A. Fried, Pro Hac, GABAR# 277251
R. Sean McEvoy, Pro Hac Vice, GABAR# 490918
FRIED ROGERS GOLDBERG, LLC
3560 Lenox Road, N.E., Suite 1250
Atlanta, GA  30326
(404) 591-1818 – Telephone
(404) 574-6247– Fax
joe@frg-law.com
sean@frg-law.com
*Co-Counsel for Plaintiff*

*s/ Jeff E. Sbaih*
Jeff M. Sbaih, WSBA# 31260
Dylan E. Jackson, WSBA# 29220
Wilson Smith Cochran Dickerson
901 5th Avenue, Suite 1700
Seattle, WA 98164
206-623-4100 – Telephone
206-623-9273– Fax
jackson@wscd.com
sbaih@wscd.com
*Attorneys for Defendants*

ORDER TO EXTEND THE DATE FOR DISCLOSURE OF LIABILITY EXPERT TESTIMONY - 2