UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROMERO HEAD, as the court-appointed Personal Representative of the Estate of ROMEO A. HEAD,<br><br>Plaintiff,<br><br>v.<br><br>DISTTECH, LLC, *et al.*,<br><br>Defendants. | CASE NO. C16-1727 RSM<br><br>ORDER DENYING JOINT MOTION FOR EXTENSION OF DEADLINES |

This matter comes before the Court on the parties' Stipulated Motion to extend the discovery and dispositive motions deadlines in this matter. Dkt. #65. The current discovery deadline is November 27, 2017, and the current dispositive motions deadline is December 26, 2017. Dkt. #25. Trial is scheduled for March 26, 2018. *Id.* The parties now ask, *inter alia*, to extend the close of discovery to January 15, 2018, and the dispositive motion deadline to January 18, 2018, but ask that the trial date remain the same. Dkt. #65.

The Court will deny the motion as proposed. The newly-sought dispositive motions deadline does not provide the Court with enough time to address dispositive motions prior to

the trial date. Furthermore, the Court's existing schedule separates the close of discovery and the dispositive motion deadline by 30 days in order to permit discovery issues to be resolved before the filing of dispositive motions; the parties' proposed dates do not allow for this.

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that the parties' Stipulated Motion (Dkt. #65) is DENIED. The current pre-trial deadlines remain in place. Nothing in this Order precludes the parties from seeking the above relief in addition to an extension of the trial date.

DATED this 3rd day of November, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE