HONORABLE RICARDO S. MARTINEZ
Trial Date: March 26, 2018

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ROMERO HEAD, as the court-appointed Personal Representative of the Estate of ROMEO A. HEAD,<br><br>Plaintiff,<br><br>vs.<br><br>DISTTECH, LLC, a Delaware Limited Liability Corporation, JACQUES A. WRIGHT and JANE DOE WRIGHT,<br><br>Defendants. | No. 2:16-cv-01727 RSM<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY CERTAIN CASE DEADLINES |

## I. ORDER

Having reviewed the parties Stipulated Motion to Modify Certain Case Deadlines, and for good cause appearing, the Court **GRANTS** said Motion and orders the following deadlines shall apply to the events listed below.

1. Deadline for Rule 26(a)(2) Rebuttal Liability Expert Disclosures – December 22, 2017

2. Close of Discovery – January 15, 2018

All other case deadlines previously established in this case under prior orders remain unchanged.

ORDER GRANTING STIPULATED MOTION
TO MODIFY CERTAIN CASE DEADLINES
(Cause No. 2:16-cv-01727 RSM) – 1
js/JS6698.005/2716591x

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

DATED: November 14, 2017.

                                      RICARDO S. MARTINEZ
                                      CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Jeff M. Sbaih*
Dylan E. Jackson, WSBA# 29220
Jeff M. Sbaih, WSBA# 31260
WILSON SMITH COCHRAN DICKERSON
901 5th Avenue, Suite 1700
Seattle, WA 98164
206-623-4100 – Telephone
206-623-9273– Fax
jackson@wscd.com
sbaih@wscd.com
*Attorneys for Defendants*

*s/ Kevin Coluccio*
Kevin Coluccio, WSBA# 16245
COLUCCIO LAW
2025 First Avenue, Suite 1130
Seattle, WA 98121
(206) 826-8200 – Telephone
(206) 673-8286 – Fax
kc@coluccio-law.com
*Co-Counsel for Plaintiff*

ORDER GRANTING STIPULATED MOTION
TO MODIFY CERTAIN CASE DEADLINES
(Cause No. 2:16-cv-01727 RSM) – 2
js/JS6698.005/2716591x



901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273