UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROMERO HEAD, as the court-appointed Personal Representative of the Estate of ROMEO A. HEAD,<br><br>Plaintiff,<br><br>v.<br><br>DISTTECH, LLC, *et al.*,<br><br>Defendants. | CASE NO. C16-1727 RSM<br><br>ORDER DENYING MOTION TO APPOINT GUARDIAN AD LITEMS |

This matter comes before the Court on the Plaintiff's Motion to Appoint Guardian Ad Litems for the Purpose of Evaluating Settlement. Dkt. #69. The Court finds that, under LCR 17(c), it has authority to appoint independent guardian ad litems for minors in this case for the purposes of settlement. Defendants object to the guardians proposed by Plaintiff, arguing that they are "professionally aligned with Plaintiff's counsel." Dkt. #70 at 1. Plaintiff disagrees with this assertion, but has suggested several other attorneys for the Court to consider, presumably attorneys who are not professionally aligned with Plaintiff's counsel.

ORDER DENYING MOTION TO APPOINT GUARDIAN AD LITEMS - 1

The Court believes this issue can best be resolved by cooperation between the parties and will order the parties to refile this motion as a stipulated motion as soon as possible, listing agreed upon, independent guardian ad litems for the Court's consideration. Counsel is directed to obtain the consent of proposed guardian ad litems before filing.

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that Plaintiff's Motion to Appoint Guardian Ad Litems for the Purpose of Evaluating Settlement, Dkt. #69, is DENIED. The parties are ORDERED to refile this Motion as a stipulated motion, noted for same-day consideration, **no later than December 6, 2017**.

DATED this 29 day of November, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE