UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROMERO HEAD, as the court-appointed Personal Representative of the Estate of ROMEO A. HEAD,<br><br>Plaintiff,<br>v.<br><br>DISTTECH, LLC, a Delaware Limited Liability Corporation, JACQUES A. WRIGHT and JANE DOE WRIGHT,<br><br>Defendants. | NO. C16-1727 RSM<br><br>ORDER APPOINTING GUARDIAN AD LITEMS FOR PURPOSE OF EVALUATING ANY PROPOSED SETTLEMENT |

This matter comes before the Court as an unopposed motion made pursuant to Local Rule 17 (c) for appointment of a Guardian Ad Litem to investigate and report upon the adequacy of any offered settlement as it pertains to five minor children of Romeo Head. The Court has reviewed the files and records herein

AND HEREBY ORDERS AS FOLLOWS:

1. The Court appoints attorney Edward M. Archibald as the Guardian ad Litem for J.M.;

2. The Court appoints attorney Mark Wilner as the Guardian ad Litem for R.H.;

3. The Court appoints attorney Keith A. Bolton as the Guardian ad Litem for T.G.;

4. The Court appoints attorney Rodney Hollenbeck as the Guardian ad Litem for K.H.;

5. The Court appoints attorney David Bierman as the Guardian ad Litem for A.H.

6. The Guardian ad Litems shall investigate and report upon the adequacy of any offered

Fried Rogers Goldberg, LLC
3560 Lenox Road NE, Ste 1250
Atlanta, GA 30326
404-591-1818
Fax: 404-574-62476

Coluccio Law
2025 First Avenue, Ste 1130
Seattle, WA 98121
206-826-8200
Fax: 206-673-8286

Settlement as related to the five minor surviving children (beneficiaries) of Romeo Head. The Guardian ad Litems shall also report upon the reasonableness of the attorneys' fees and costs of the Personal Representative's attorneys Coluccio Law and Fried Rogers Goldberg.

DATED this 6th day of December 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Order Appointing GAL's for Purpose of
Evaluating Any Proposed Settlemnt - 2

Fried Rogers Goldberg, LLC
3560 Lenox Road NE, Ste 1250
Atlanta, GA 30326
404-591-1818
Fax: 404-574-62476

Coluccio Law
2025 First Avenue, Ste 1130
Seattle, WA 98121
206-826-8200
Fax: 206-673-8286