UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROMERO HEAD, as the court-appointed Personal Representative of the Estate of ROMEO A. HEAD,<br><br>Plaintiff,<br><br>v.<br><br>DISTTECH, LLC, *et al.*,<br><br>Defendants. | CASE NO. C16-1727 RSM<br><br>ORDER RE: PLAINTIFF'S MOTION FOR CLARIFICATION AND STAY |

This matter comes before the Court on Plaintiff's Motion Requesting Clarification and Stay of Defendant's Pending Motion. Dkt. #83. Plaintiff requests the Court provide clarification and guidance regarding the duties and obligations of the Guardian ad Litems ("GAL"s) in this case and that the Court stay ruling on Defendants' pending Motion "to allow the GALs to fulfill their obligations and duties." *Id.* at 1.

On December 6, 2017, this Court appointed five GALs, stating that they "shall investigate and report upon the adequacy of any offered Settlement as related to the five minor

ORDER RE: PLAINTIFF'S MOTION FOR CLARIFICATION AND STAY - 1

surviving children (beneficiaries) of Romeo Head." Dkt. #75. On December 15, 2017, the parties participated in an unsuccessful mediation. *See* Dkt. #83 at 2.

The Court intended for the GALs to report on settlements, not offers. The Court does not request or permit the GALs to report the details of the unsuccessful mediation. The Court clarifies that the GALs need only report to the Court if a settlement is reached between the parties in this case. Given this, there is no good cause to stay the Court's consideration of other pending motions in this matter.

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that Plaintiff's Motion to Stay Defendant's Pending Motion (Dkt. #83) is DENIED as stated above.

DATED this 1st day of February 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE