UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROMERO HEAD, as the court-appointed Personal Representative of the Estate of ROMEO A. HEAD,<br><br>                Plaintiff,<br><br>    v.<br><br>DISTTECH, LLC, *et al.*,<br><br>                Defendants. | CASE NO. C16-1727 RSM<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO REDACT AND ORDER TO FILE UNDER SEAL |

This matter comes before the Court on Plaintiff's Unopposed Motion to Redact Certain Information from Pleadings Re: Minor Settlement. Dkts. #108. Plaintiff requests that the Court "allow for counsel and the court-appointed Guardian ad Litems ("GAL") to file pleadings with respect to approval of the agreed settlement and proposed disbursements with the settlement amount and disbursement amounts to be redacted." *Id.* at 1. Plaintiff cites no legal authority for his request, arguing only that "the strong presumption of public access to court files, is outweighed by the privacy interests of the surviving children." *Id.* at 2. This motion is not opposed by Defendants.

The Court agrees with Plaintiff that privacy concerns warrant the filing of the unredacted GAL reports under seal, along with unsealed versions with the settlement amount and disbursement amounts redacted. Although it is unclear if this is exactly what Plaintiff was requesting, pursuant to LCR 17(c), the GALs are investigating the adequacy of the offered settlement and preparing reports to the Court on that subject. The Court cannot properly review these reports without being privy to the settlement amounts. Plaintiff cites no authority to deny the Court that information. Accordingly, the GALs must file both sealed and redacted versions of their reports.

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that Plaintiff's Unopposed Motion to Redact Certain Information from Pleadings Re: Minor Settlement, Dkts. #108, is GRANTED. Counsel for the parties and the court-appointed GALs may file pleadings with the settlement amount and the proposed disbursement amounts redacted, and are ORDERED to file sealed versions.

DATED this 16 day of April, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO REDACT AND ORDER TO FILE UNDER SEAL - 2