UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROMERO HEAD, as the court-appointed Personal Representative of the Estate of ROMEO A. HEAD,<br><br>Plaintiff,<br>v.<br><br>DISTTECH, LLC, a Delaware Limited Liability Corporation, JACQUES A. WRIGHT and JANE DOE WRIGHT,<br><br>Defendants. | CASE NO. 2:16-cv-01727 RSM<br><br>ORDER APPROVING SETTLEMENT AND TO DISBURSE FUNDS |

The Petition for Approval of Settlement having come before the Court and the Court having considered the Petition for Approval of Settlement and to Disburse Funds, the Declaration of Kevin Coluccio, the Reports of the Guardian ad Litems ("GAL"), and having considered the remainder of the record; it is hereby ORDERED:

1. The proposed settlement is approved as stated in the sealed filing at Dkt. #125-1;

2. Payment to Coluccio Law and Fried Rogers Goldberg for Attorney fees is approved as stated in the sealed filing at Dkt. #125-1;

3. Litigation costs are approved as stated in the sealed filing at Dkt. #125-1;

4. Payment to James Doros for paternity action legal fees and costs are approved as

ORDER APPROVING SETTLEMENT AND TO DISBURSE FUNDS - 1

stated in the sealed filing at Dkt. #125-1;

5. Payment to Romero Head for the headstone in the amount of $2,250 is approved;

6. Payment of GALs fees as follows is approved;

    a. Edward Archibald - $1,000;

    b. Rodney Hollenbeck - $1,000;

    c. Mark Wilner - $2,000; and,

    d. David Beirman - $1,000.

7. Payment by the defendant's insurance carrier to Coluccio Law for the approved items above (#2-#6) is ordered, with Coluccio Law disbursing the monies as approved by the Court;

8. The purchase of structured settlements as set forth in the petition and the reports of the GALs are approved, including the recommendation to permit the use of funds for T.G. to attend summer camps as explained in the report of Keith Bolton, Dkt. #121;

9. Disbursement as stated in the sealed filings above is approved for Ariel Head;

10. Disbursement as stated in the sealed filings above is approved for Ariana Head;

11. The GALs are authorized to sign the proposed settlement release; and,

12. The GALs responsibilities in this matter are terminated after the release is fully executed.

DATED this 1st day of June, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER APPROVING SETTLEMENT AND TO DISBURSE FUNDS - 2