UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ROMERO HEAD, as the court-appointed Personal Representative of the Estate of ROMEO A. HEAD,<br><br>Plaintiff,<br><br>vs.<br><br>DISTTECH, LLC, a Delaware Limited Liability Corporation, JACQUES A. WRIGHT and JANE DOE WRIGHT,<br><br>Defendants. | No. 2:16-cv-01727 RSM<br><br>ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |

This matter having come before the Court by way of Stipulation for Order of Dismissal by the above-named parties, IT IS HEREBY ORDERED that Plaintiff's claims and causes of action in this matter are hereby dismissed with prejudice, with each party bearing their own attorney's fees, costs, and expenses.

DATED this 21st day of June 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL WITH PREJUDICE
AND WITHOUT COSTS – 1
(Cause No. 2:16-cv-01727 RSM)
js/js6698.005/2916510x



901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

PRESENTED BY:

*Approved for e-signature via email 6/20/18  /s/Kevin Coluccio*
Kevin Coluccio, WSBA #16245
COLUCCIO LAW
2025 First Avenue, Suite 1130
Seattle, WA 98121
Phone: (206) 826-8200
Fax: (206) 673-8286
Email: kc@coluccio-law.com
*Attorneys for Plaintiff*

/s/ Jeff M. Sbaih
Jeff Sbaih, WSBA #51551
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue Suite 1700
Seattle, WA 98164
Phone: 206-623-4100
Facsimile: 206-623-9273
Email: sbaih@wscd.com
*Attorneys for Defendant*

ORDER OF DISMISSAL WITH PREJUDICE
AND WITHOUT COSTS – 2
(Cause No. 2:16-cv-01727 RSM)
js/js6698.005/2916510x

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273