UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROMERO HEAD, as the court-appointed Personal Representative of the Estate of ROMEO A. HEAD,<br><br>Plaintiff,<br>v.<br><br>DISTTECH, LLC, a Delaware Limited Liability Corporation, JACQUES A. WRIGHT and JANE DOE WRIGHT,<br><br>Defendants. | NO. C16-1727 RSM<br><br>ORDER APPROVING THE REVISED STRUCTURED SETTLEMENT EXHIBITS |

The Request for Reopening to Approve Corrected Exhibits for the minors J.M., A.H. and R.H having come before the Court and the Court having considered the request and the attached exhibits ORDERED:

1. The exhibits setting forth the structured settlements to be purchased for J.M., A.H. and R.H are approved; and,

2. This case is hereby reclosed.

DATED this 6th day of July 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER APPROVING THE REVISED STRUCTURED SETTLEMENT EXHIBITS
- 1